IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRINA Y. LIDGE, #164 709, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|    v. | ) CIVIL ACTION NO. 2:14-CV-266-MEF |
| | )               [WO] |
| EDWARD ELLINGTON, | ) |
| | ) |
|    Defendant. | ) |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On April 11, 2014, the undersigned directed Plaintiff to forward to the court an inmate account statement reflecting the average monthly balances and deposits to her prison account for the 6-month period immediately preceding the filing of this complaint to assist the court in determining whether she should be allowed to proceed *in forma pauperis* in this cause of action. *Doc. No. 3*. Plaintiff was cautioned that her failure to comply with the April 11, 2014, order would result in a Recommendation that her complaint be dismissed. *Id.* Plaintiff filed nothing in response to the court's order. Accordingly, on May 12, 2014, the court directed Plaintiff to show cause why her case should not be dismissed for her failure to comply with the orders of the court regarding the filing of an inmate account statement. *Doc. No. 4*.

The permitted time has passed and Plaintiff has not provided the court with her inmate account statement, nor has she responded to the court's May 12 order to show cause. Consequently, the court concludes that dismissal of this case is appropriate.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case

be DISMISSED without prejudice for Plaintiff's failures to comply with the orders of this court and to prosecute this action.

It is further

ORDERED that **on or before October 17, 2014**, Plaintiff may file an objection to the Recommendation. Any objection filed must specifically identify the findings in the Magistrate Judge's Recommendation to which Plaintiff objects. Frivolous, conclusive or general objections will not be considered by the District Court. Plaintiff is advised that this Recommendation is not a final order and, therefore, it is not appealable.

Failure to file a written objection to the proposed findings and recommendations in the Magistrate Judge's report shall bar a party from a *de novo* determination by the District Court of issues covered in the report and shall bar a party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

DONE, this 3rd day of October, 2014.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE